**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| SARAH PUFALL,<br><br>　　　　　　　　　Plaintiff<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　　　　　　　　Defendant | Case No.  C25-0641-SKV<br><br>**ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)** |

　　　Plaintiff's unopposed motion and assignment of attorney fees to her attorney, Dkt. 14, is GRANTED, and it is hereby ORDERED that attorney fees in the amount of $4,600.00 shall be awarded to Plaintiff under 28 U.S.C. § 2412(d) and delivered to Plaintiff's attorney, Jordan Goddard.

　　　If the U.S. Treasury Department determines that Plaintiff does not owe a debt that is recoverable under the Treasury Offset Program, the government will honor Plaintiff's assignment of attorney fees and pay them directly to Jordan Goddard via electronic fund transfer or check.

　　　Dated this 14th day of August, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　　　*S. Kate Vaughan*
　　　　　　　　　　　　　　　　　　　　　　　　　　　S. KATE VAUGHAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Order for EAJA Fees
C25-0641-SKV                    Page 1

THE LAW OFFICES OF JORDAN GODDARD
9416 1ST AVE NE #205
SEATTLE, WA 98115-2738
(206) 631-1720